UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KEVIN QUINTANILLA, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

ZANBOFER INC. d/b/a DELICACIES GOURMET, ZANBOCAFE INC., 1354 OLD NORTHERN BLVD. INC., and JAMES ZANFARDINO,

                Defendants.
----------------------------------------------------------------X

**ORDER**

24-CV-1036 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On October 28, 2024, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law, N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Kevin Quintanilla and Defendants Zanbofer Inc. d/b/a Delicacies Gourmet, Zanbocafe Inc., 1354 Old Northern Blvd. Inc., and James Zanfardino submitted a joint motion seeking approval of a Settlement Agreement and Release of Wage and Hour Claims (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [14]. On November 25, 2024, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [17].

Having reviewed the parties' joint submissions in support of their application and considered the parties' representations at oral argument, the Court finds that

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [16].

the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, and for the reasons set forth on the record, the Settlement Agreement is approved, and this action is dismissed with prejudice.

Dated:   Central Islip, New York    **SO ORDERED**
        November 25, 2024

<u>/s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge